UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL J. ASCHERMANN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> AETNA LIFE INSURANCE COMPANY, ) <br> LUMBERMENS MUTUAL CASUALTY ) <br> COMPANY, ASTRAZENECA LONG ) <br> TERM DISABILITY INSURANCE ) <br> PLAN, ASTRAZENECA RETIREE ) <br> HEALTH CARE PLAN, ) <br> ) <br> Defendants. ) | 1:10-cv-00433-LJM-MJD |

## ENTRY OF JUDGMENT

Through an Order dated December 30, 2011, the Court granted summary judgment in favor of defendants, Aetna Life Insurance Company, Lumbermens Mutual Casualty Company, AstraZeneca Long Term Disability Insurance Plan, and AstraZeneca Retiree Health Care Plan, and against plaintiff, Carol J. Aschermann, on plaintiff's complaint under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.* Judgment is entered accordingly.

DATED this 30th day of December, 2011.

_____
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
    Deputy Clerk

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution to:

William Robert Brown
SCHUCKIT & ASSOCIATES, P.C.
wbrown@schuckitlaw.com

Mathew D. Dudek
MECKLER BULGER TILSON MARICK & PEARSON LLP
Suite 1800
123 N. Wacker Drive
Chicago, IL 60606

Eric P. Mathisen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
eric.mathisen@ogletreedeakins.com

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Peter Petrakis
MECKLER BULGER & TILSON LLP
peter.petrakis@mbtlaw.com

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
mark.schmidtke@ogletreedeakins.com

Rachel S. Urquhart
MECKLER BULGER & TILSON LLP
rachel.urquhart@mbtlaw.com

Amanda Lynn Yonally
O'RYAN LAW FIRM
ayonally@oryanlawfirm.com